# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RUSSELL L. WINTERS & MARY P. WINTERS  Case Number: 07-71349
6471 WICKLOW CLOSE  SSN-xxx-xx-3492 & xxx-xx-8185
ROCKFORD, IL 61107

Case filed on: 6/1/2007
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,436.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 014 | ILLINOIS DEPARTMENT OF REVENUE | 1,414.62 | 1,414.62 | 0.00 | 0.00 |
|  | Total Priority | 1,414.62 | 1,414.62 | 0.00 | 0.00 |
| 999 | RUSSELL L. WINTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE AUTO FINANCE | 10,529.64 | 10,529.64 | 3,213.45 | 2,077.28 |
| 002 | CHASE HOME FINANCE | 23,192.09 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE HOME FINANCE | 4,267.79 | 1,312.80 | 1,312.80 | 0.00 |
| 004 | CHASE HOME FINANCE | 63,009.20 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE HOME FINANCE | 3,296.57 | 1,014.20 | 1,014.20 | 0.00 |
|  | Total Secured | 104,295.29 | 12,856.64 | 5,540.45 | 2,077.28 |
| 001 | CHASE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 800.85 | 800.85 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 2,637.70 | 2,637.70 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL SERVICES LP | 1,525.94 | 1,525.94 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 3,237.75 | 3,237.75 | 0.00 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 3,578.77 | 3,578.77 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 2,099.95 | 2,099.95 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 51.45 | 51.45 | 0.00 | 0.00 |
| 014 | ILLINOIS DEPARTMENT OF REVENUE | 309.23 | 309.23 | 0.00 | 0.00 |
|  | Total Unsecured | 14,241.64 | 14,241.64 | 0.00 | 0.00 |
|  | Grand Total: | 122,951.55 | 31,512.90 | 8,540.45 | 2,077.28 |

Total Paid Claimant: $10,617.73
Trustee Allowance: $818.27      Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured: 0.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just. Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/26/2009       By /s/Heather M. Fagan